

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Christopher J. Mannion*
*Direct Dial: (215) 861-8673*
*Facsimile: (215) 861- 8618*
*E-mail Address:  christopher.mannion@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 21, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Bill Omar Carrasquillo, et al.., Crim. A. No. 21-367</u>

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on September 16, 2021.

    Very truly yours,

    JENNIFER ARBITTIER WILLIAMS
    ACTING UNITED STATES ATTORNEY


    /s/ Christopher J. Mannion
    Christopher J. Mannion
    Assistant United States Attorney